CHARLES LAFFERTY *et al.* Appellees, *vs.* BENJAMIN C. MOORE, County Superintendent, Appellant.

*Opinion filed October 24, 1916—Rehearing denied Dec. 15, 1916.*

This case is controlled by the decision in *People* v. *Weis,* (see next page.)

FARMER, J., dissenting.

APPEAL from the Circuit Court of McLean county; the Hon. SAIN WELTY, Judge, presiding.

LESLIE J. OWEN, and DEMANGE, GILLESPIE & DE-MANGE, for appellant.

SIGMUND LIVINGSTON, and EDWARD BARRY, for appellees.

Mr. JUSTICE COOKE delivered the opinion of the court:

This is an appeal from a judgment of the circuit court of McLean county quashing the record of the organization of high school district No. 333, attempted to be organized in McLean county under the Township High School act of June 5, 1911. One of the grounds urged for sustaining the judgment of the court is that the act of 1911 violates section 22 of article 4 of the constitution and is invalid. This

question was presented and determined in *People* v. *Weis,* on this page, where the contentions of the parties in this case were fully considered. For the reasons there given the judgment of the circuit court is affirmed.

*Judgment affirmed.*

Mr. JUSTICE FARMER, dissenting.